IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00017-GPG

MEZ HARGROVE,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Mez Hargrove, is a detainee at the Colorado Mental Health Institute at Pueblo, Colorado.  Mr. Hargrove initiated this action by filing *pro se* a letter to the Court (ECF No. 1) stating he intends to pursue a claim or claims regarding the conditions of his confinement.  This civil action was commenced and, on January 6, 2015, Magistrate Judge Gordon P. Gallagher entered an order directing Mr. Hargrove to cure certain deficiencies if he wished to pursue any claims.  Specifically, Magistrate Judge Gallagher directed Mr. Hargrove to file on the proper form a Prisoner Complaint and either to pay filing and administrative fees totaling $400.00 or to file a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  Mr. Hargrove was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Hargrove has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Gallagher's January 6 order.

Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Hargrove failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  12th  day of   February  , 2015.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court